# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Medtronic, Inc. Implantable Defibrillators Products Liability Litigation | MDL No. 1726 |
| This Document Relates To: | |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, on behalf of themselves and all others similarly situated,<br>　　Plaintiff,<br>v.<br><br>MEDTRONIC, INC.,<br>　　Defendant; | Case No. 05-cv-2992 |
| THE KINETIC CO., INC. on behalf of itself and all others similarly situated,<br>　　Plaintiffs<br>v.<br><br>MEDTRONIC INC.,<br>　　Defendant; | Case No. 05-cv-2700 |
| UNITED FOOD AND COMMERCIAL WORKERS UNION AND EMPLOYERS MIDWEST BENEFITS FUND, on behalf of itself and all others similarly situated,<br>　　Plaintiff,<br>v.<br><br>MEDTRONIC, INC.<br>　　Defendant. | Case No. 05-cv-2074 |

## NOTICE OF ADOPTION OF MASTER CONSOLIDATED COMPLAINT FOR THIRD PARTY PAYOR CASES

In accordance with this Court's January 20, 2006 Pretrial Order and the filing of the Master Consolidated Complaint for Third Party Payor Cases, the undersigned hereby adopt by reference the Master Consolidated Complaint for Third Party Payor Cases.

**Respectfully Submitted,**

By: _____

Charles S. Zimmerman (MN # 120054)
Ronald S. Goldser (MN # 35932)
Zimmerman Reed
651 Nicollet Mall, Suite 501
Minneapolis, Minnesota 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844

Thomas M. Sobol
Lauren G. Barnes
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

Mark D. Fischer
Mark M. Sandmann
Jeff Swann
Rawlings & Associates PLLC
325 West Main Street, Suite 1700
Louisville, KY 40202
Telephone: (502) 587-1279
Facsimile: (502) 584-8580

Richard W. Cohen
Gerald Lawrence
Lowey Dannenberg Bemporad &
Selinger PC
1 North Lexington Avenue, 11th Floor
White Plains, NY 10601-1714
Telephone: (914) 997-0500
Facsimile: (914) 997-0035

*Attorneys for Plaintiff The Guardian Life Insurance Company of America*

Kenneth A. Wexler
Edward A. Wallace
Amber M. Nesbitt
The Wexler Firm
1 N. LaSalle Street, Suite 2000

Chicago, IL 60602
(312) 346-2222

Daniel E. Gustafson
Karla M. Gluek
GUSTAFSON & GLUEK PLLC
725 Northstar East
Minneapolis, Minnesota 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622

*Attorneys for Plaintiff UFCW*

Vernon J. Vander Weide (No. 112173)
Thomas V. Seifert (No. 98863)
333 South Seventh Street, Suite 1140
Minneapolis, MN 55402-2422
Telephone: (612) 339-1601
Fax: (612) 339-3372

Marc A. Topaz
Joseph H. Meltzer
Terence S. Ziegler
SCHIFFRIN & BARROWAY, LLP
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056
www.sbclasslaw.com

*Attorneys for Plaintiff The Kinetic Co., Inc.*