UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: MEDTRONIC, INC, IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION | MDL No. 05-1726 (JMR/AJB) |
| This Document Relates to All Actions | |

## MEDTRONIC INC.'S MOTION TO DISMISS PLAINTIFFS' MASTER CONSOLIDATED COMPLAINT FOR INDIVIDUALS

Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b), Medtronic, Inc. ("Medtronic") hereby moves this Court to dismiss Plaintiffs' Master Consolidated Complaint for Individuals ("Master Complaint") in its entirety.

In support of this Motion, Medtronic submits the attached Memorandum of Law and the Affidavit of Lori G. Cohen.

Dated: March 15, 2006

               MEDTRONIC, INC.

               By: /s Lori G. Cohen
                  Lori G. Cohen
                  Jay B. Bryan
                  GREENBERG, TRAURIG, LLP
                  The Forum – Suite 400
                  3290 Northside Parkway
                  Atlanta, GA 30327
                  T (678) 553-2100
                  F (678) 553-2212

                  *Co-Lead Counsel for Defendant Medtronic, Inc.*

Michael K. Brown
REED SMITH LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071
T (213) 457-8000
F (213) 457-8080

*Attorneys for Defendant
Medtronic, Inc.*

Donald Lewis
Tracey Van Steenburg
Halleland Lewis Nilan & Johnson, P.A.
600 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402-4501
T (612) 338-1838
F (612) 338-7858

*Liaison Counsel for Defendant
Medtronic, Inc.*

Stephen J. Immelt
Hogan & Hartson, LLP
111 South Calvert Street
Baltimore, MD 21202
T (410) 659-2700
F (410) 458-5198

*Co-Lead Counsel for Defendant
Medtronic, Inc.*