**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In Re: Medtronic, Inc. Implantable Defibrillators Products Liability Litigation | MDL No. 05-1726 (JMR/ABJ) |
| This Document Relates to All Actions | **ORDER RE: COMPLAINT BY ADOPTION FORM** |

The Parties submitted an agreed upon Complaint by Adoption form in the above-referenced matter.

The Court hereby Orders that any individual may use the attached Complaint by Adoption form to adopt relevant portions of the Mater Consolidated Complaint for Individuals on file with the Clerk of Court in the above-referenced matter.

Date: March 19, 2006

                                                    __s/ Arthur J. Boylan_____
                                                    ARTHUR J. BOYLAN
                                                    United States Magistrate Judge