UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: MEDTRONIC, INC.,<br>IMPLANTABLE DEFIBRILLATORS<br>PRODUCTS LIABILITY LITIGATION | MDL No. 05-1726 (JMR/AJB) |
| This Document Relates to ALL ACTIONS | |

### MEDTRONIC, INC.'S MOTION TO DISMISS THE MASTER CONSOLIDATED COMPLAINT FOR MEDICARE AS SECONDARY PAYER ACT CLAIMS

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Medtronic, Inc. ("Medtronic") hereby moves this Court to dismiss Plaintiffs' Master Consolidated Complaint for Medicare as Secondary Payer Act Claims in its entirety.

In support of this Motion, Medtronic submits the attached Memorandum of Law.

Dated: March 23, 2006

MEDTRONIC, INC.

Lori G. Cohen
Jay B. Bryan
Greenberg Traurig, LLP
The Forum – Suite 400
3290 Northside Parkway
Atlanta, GA  30327
T (678) 553-2100
F (678) 553-2212

*Co-Lead Counsel for Defendant*
*Medtronic, Inc.*

By:   s/Stephen J. Immelt
Stephen J. Immelt
Hogan & Hartson L.L.P.
111 South Calvert Street, Suite 1600
Baltimore, MD  21202
T (410) 659-2700
F (410) 539-6981

*Co-Lead Counsel for Defendant*
*Medtronic, Inc.*

| | |
|---|---|
| Donald Lewis<br>Tracy Van Steenburg<br>Halleland Lewis Nilan & Johnson, P.A.<br>600 U.S. Bank Plaza South<br>220 South Sixth Street<br>Minneapolis, MN  55402-4501<br>T  (612) 338-1838<br>F  (612) 338-7858<br><br>*Defendant Medtronic, Inc.'s Liaison Counsel* | Michael K. Brown<br>Reed Smith LLP<br>355 Grand Avenue, Suite 2900<br>Los Angeles, CA  90071<br>T (213) 457-8000<br>F (213) 457-8080<br><br>*Counsel for Defendant Medtronic, Inc.* |