UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE MEDTRONIC, INC.<br>IMPLANTABLE DEFIBRILLATORS<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 05-1726 (JMR/AJB)<br><br>**ORDER ON<br>DISBURSEMENTS OF<br>THIRD PARTY PAYOR<br>SETTLEMENT<br>PROCEEDS** |

Based upon the Report and Recommendation by the Special Master, U.S. Magistrate Judge Arthur J. Boylan, dated July 15, 2008, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that disbursements from settlement proceeds, which disbursements include any attorneys' fees and costs for the respective third party payors indicated herein, shall be made in the following manner:

1. Disbursement of $50,000 to the Health and Welfare Fund of the Excavating, Grading and Asphalt Craft Local # 731;

2. Disbursement of $400,000 to United Food and Commercial Workers Union and Employers Midwest Health Benefits Fund;

3. Disbursement of $250,000 to the Vista Health Plan;

4. Disbursement of $500,000 to Blue Cross Blue Shield of Louisiana;

5. Disbursement of $1,800,000 to the Guardian Life Ins. Co. of America.

The disbursement of these funds shall constitute the complete and final resolution of the claims asserted by these entities and the disbursements shall be made from the Settlement Account at U.S. Bank pursuant to the direction of the appropriate escrow agreement.


Dated:  July 16, 2008	BY THE COURT:

                                                        s/James M. Rosenbaum
                                                        James M. Rosenbaum
                                                        United States District Court Judge