# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# THIRD DIVISION

Civil No. 05md1726 JMR/AJB

In re: Medtronic, Inc. Implantable
Defibrillator Product Liability Litigation

**ORDER ON ALLOCATIONS**
Re: CRC Award Objections

Based upon the separate Report and Recommendations by the Special Master, U.S. Magistrate Judge Arthur J. Boylan, dated June 3, 2008,[1] each relating to individual claimants who filed objections to the Claim Review Committee's (CRC) award, and with all the files and records, and no objections having been filed to the recommendations further referenced herein, **IT IS HEREBY ORDERED** that the Special Master's separate recommendations with respect to claimants whose CRC allocation objections were addressed by the individual Report and Recommendations docketed in the Clerk of Court MDL File, Nos. 1028 through 1122 inclusive, are **hereby adopted**, with the exceptions of the Report and Recommendations at Docket Nos. 1046 and 1065,[2] to which the claimants have filed objections to the Special Master's Report and Recommendations to the

---

[1] Docket filings dated June 4, 2008.

[2] Docket Nos. 1046 and 1065 relate to cases identified by CRC claim #1022 and CRC claim #1723, respectively. Allocations with respect to those claims will be addressed by separate Order.

District Court.  Individual CRC award objectors whose claims are addressed by the above-referenced Report and Recommendations, which the noted exceptions, are **hereby awarded** the allocation as provided in the applicable Report and Recommendation.  Disbursements of settlement awards shall be addressed by subsequent order.

Dated: July 30, 2008

                                        s/James M. Rosenbaum
                                        James M. Rosenbaum
                                        U.S. District Court  Judge