```
                     UNITED STATES DISTRICT COURT
                        DISTRICT OF MINNESOTA
                         05-MDL-1726(JMR/AJB)
                         07-CV-1546(JMR/AJB)
```

In re: Medtronic, Inc.,
Implantable Defibrillators
Product Liability
Litigation

As it relates to:

Thomas Lynn Donerson                )
                                    )
        v.                          )       ORDER
                                    )
                                    )
Medtronic, Inc.                     )

On June 3, 2008, the Honorable Arthur J. Boylan, United States Magistrate Judge, issued a Report and Recommendation ("R&R") in this matter. Plaintiff timely filed his objections.

After a de novo review of the record, the Court finds that the magistrate's conclusions are neither clearly erroneous nor contrary to law. Accordingly, plaintiff's objections [Docket No. 1128] are denied and the R&R [Docket No. 1025] is adopted.

IT IS SO ORDERED.

Dated: August 14, 2008

                                    s/ James M. Rosenbaum
                                    JAMES M. ROSENBAUM
                                    United States District Judge