```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF MINNESOTA
                 05-MDL-1726(JMR/AJB)
                 07-CV-2013(JMR/AJB)
```

In re:  Medtronic, Inc.,
Implantable Defibrillators
Product Liability Litigation

As it relates to:

| | |
|---|---|
| Ira Anderson and | ) |
| Theresa Anderson | ) |
|  | ) |
| v. | )       ORDER |
|  | ) |
| Medtronic, Inc. | ) |

On June 3, 2008, the Honorable Arthur J. Boylan, United States Magistrate Judge, issued a Report and Recommendation in this matter.  Plaintiffs timely filed objections pursuant to Local Rule 72.2.

After a de novo review of the record, the Court adopts the Report & Recommendation [Docket No. 1046].

IT IS SO ORDERED.

Dated:  September 8, 2008

                                    s/ JAMES M. ROSENBAUM
                                    JAMES M. ROSENBAUM
                                    United States District Judge