**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Civil No. 05md1726 JMR/AJB

In re: Medtronic, Inc. Implantable
Defibrillator Product Liability Litigation

**Claim No. 2082**  Ella Hampton
**FILE UNDER SEAL**

**ORDER ON MOTION FOR LEAVE
TO OBJECT AND APPROVING
CRC ALLOCATION**

Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated September 15, 2008, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that:

1.  Claimant No. 2082's Motion for Leave to Object to Settlement Allocation Beyond the Deadline is **granted** [Docket No. 1215];

2.  The base allocation to claimant No. 2082 as provided in Attachment A to the Report and Recommendation dated June 3, 2008, and incorporated into the District Court's Order on Allocations dated July 9, 2008, is **stricken**; and

2.  Claimant No. 2082 is awarded a base explant allocation in the total amount of **$ 34,000** as determined by the CRC.

Dated: September 22, 2008

s/James M. Rosenbaum
James M. Rosenbaum
United States District Court Judge