**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE MEDTRONIC, INC. IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION<br><br>This documents relates to:<br>All Cases | MDL NO. 05-1726 (JMR/AJB)<br><br>**REPORT AND RECOMMENDATION APPROVING CHARITABLE DONATION FROM ATTORNEYS' FEES FUND** |

Upon consideration of Plaintiffs' Co-Lead Counsel's Amended Motion to the Court for the disbursement of settlement proceeds to Eligible Claimants; for approval of the proposed protocol for resolving lien categorization disputes; for disbursement of funds for the payment of administrative costs; for approval of expenses from the common-benefit fund; for approval of payment of supplemental attorneys' fees; and for approval of the charitable contribution and based on the files, records and pleadings herein, IT IS HEREBY RECOMMENDED THAT:

1.      The Court approve the charitable donation of one-million dollar ($1,000,000) to the MHIF Multicenter Registry and $50,000 to the Minnesota Federal Bar Association *pro se* project from the Attorneys' Fees Fund.

2.      Pursuant to D.Minn. LR 72.2(a), objections to this Report and Recommendation must be filed and served by no later than December 17, 2008.

Dated: December 9, 2008          __s/Arthur J. Boylan_____
                                 Arthur J. Boylan
                                 United States Magistrate Judge

11352