**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE MEDTRONIC, INC. IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION | MDL NO. 05-1726 (JMR/AJB) **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| This documents relates to: All Cases | |

Based upon the Report and Recommendation by the Special Master, U.S. Magistrate Judge Arthur J. Boylan, dated December 9, 2008, relating to the approval and recommendation of the Charitable Donations, and with all the files and records and no objections having been filed to the recommendations further referenced herein, **IT IS HEREBY ORDERED** that the Special Master's Report and Recommendation is **hereby adopted.** The Charitable Donations shall be paid as provided in the Report and Recommendation.

Dated: December 18, 2008                s/James M. Rosenbaum
                                        James M. Rosenbaum
                                        United States District Court Judge