## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE MEDTRONIC, INC. IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION | MDL NO. 05-1726 (JMR/AJB) **ORDER** |
| This documents relates to: Centers et al. v. Medtronic, Inc., 0:07-cv-00569 | |

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated June 2, 2009, all the files and records, and no objections having been filed to said Recommendation,

IT IS HEREBY ORDERED that:

Plaintiffs claim against Defendant Medtronic, Inc., is dismissed without prejudice.

DATED: June 22, 2009.

                                              s/James M. Rosenbaum
                                              Judge James M. Rosenbaum
                                              U. S. District Court